# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **BARBARA MARCH,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about April 26, 2018, within the District of Columbia and elsewhere, **BARBARA MARCH**, did knowingly escape from the custody at the Bureau of Prisons, an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the District Court for the District of Columbia upon conviction for the commission of Mailing Injurious Articles, in violation of Title 18, United States Code, Sections 1716(a) and (j)(2).

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.